**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., | |
| Plaintiffs, | Case No. 1:24-cv-11525 |
| | Judge Steven C. Seeger |
| v. | |
| MIDWEST AESTHETIC MANAGEMENT LLC, | |
| Defendant. | |

**AGREED MOTION FOR ENTRY OF PERMANENT INJUNCTION
AND FINAL JUDGMENT BY CONSENT**

Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. ("Novo Nordisk" or "Plaintiffs"), with the agreement of Defendant Midwest Aesthetic Management LLC ("Defendant"), respectfully move this Court to enter a final judgment and a permanent injunction in this action in favor of Plaintiffs. In support of this motion, Plaintiffs state as follows:

1.       Novo Nordisk filed this Complaint on November 8, 2024 (Dkt #1) alleging false advertising, unfair competition, and deceptive trade practices in violation of sections 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and the Illinois Uniform Deceptive Trade Practices Act, 815 Ill. Comp. Stat. Ann. 510/1 *et seq*.

2.       The parties have agreed to a confidential settlement agreement to resolve Plaintiffs' claims.

3.       Attached as Exhibit A is Defendant's signed consent to the Proposed Final Judgment on Consent ("Final Judgment").

4.      Attached as Exhibit B is Defendant's signed consent to the Proposed Permanent Injunction on Consent ("Permanent Injunction").

5.      Upon entry of the Final Judgment and Permanent Injunction, the parties respectfully request this case be dismissed without prejudice with leave to reinstate on or before August 1, 2026 – for the sole purpose of ensuring enforcement – after which point the case shall be deemed, without further order of the Court, to be dismissed with prejudice.[1]

<u>CONCLUSION</u>

For the reasons stated above, the parties respectfully move this Court to enter the attached Final Judgment in favor of Plaintiffs and against Defendant.

DATED: August 1, 2025

Respectfully Submitted,

*/s/ Brigid Carmichael*
Suyash Agrawal
Hillary W. Coustan
Brigid Carmichael
**MASSEY & GAIL LLP**
50 E. Washington St., Ste. 400
Chicago, Illinois 60602
(312) 379-0949
sagrawal@masseygail.com
hcoustan@masseygail.com
bcarmichael@masseygail.com

*Attorneys for Plaintiffs*
*Novo Nordisk A/S and*
*Novo Nordisk Inc.*

*/s/ Daniel J. Hoelting*
Mary Clare Bonaccorsi
Daniel J. Hoelting
**POLSINELLI PC**
15 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
(312) 819 1900
mbonaccorsi@polsinelli.com
dhoelting@polsinelli.com

*Attorney for Defendant*
*Midwest Aesthetic Management*

---

[1] *See Shapo v. Engle*, 463 F.3d 641, 646 (7th Cir. 2006): "the district court should state that judgment is being entered in order to allow the parties to enforce it and that the "without prejudice" language shall not allow them to reopen issues resolved by the judgment."